CO-290
Rev. 3/88

**Notice of Appeal Criminal**

# United States District Court for the District of Columbia

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Criminal No. <u>17-CR-0072-ABJ</u> |
| ) | |
| <u>Darrell Blackwell</u> ) | |

## NOTICE OF APPEAL

Name and address of appellant

Darrell Blackwell
4547 Dallas Drive
Temple Hills, MD 20748

Name and address of appellant's attorney

Marnitta King
1401 Mercantile Lane, Ste 381
Largo, MD 20774

Offense:    Counts: 1, 4

Concise statement of judgement or order, giving date, and any sentence:
Guilty to Counts: 1, 4 on 12/19/19.
Sentenced to concurrent terms of 60 months probation with conditions. Total Special Assessment of $200.00. Total Fine of $2,000.00 was Ordered.

Name of the Institution where now confined, if not on bail:

I, the above-named appellant hereby appeal to the United States Court of Appeals for the    District of Columbia Circuit from the above-stated judgement.

*Darrell Blackwell*

<u>   01/08/2020   </u>
DATE

APPELLANT

*Marnitta L. King*
ATTORNEY OF APPELLANT

| | | | | |
|---|---|---|---|---|
| GOVT.APPEAL, NO FEE | ☐ | | | |
| CJA, NO FEE | ☐ | | | |
| PAID USDC FEE | ☐ | | | |
| PAID USCA FEE | ☐ | | | |
| Does counsel wish to appear on appeal? | | YES ✓ | NO ☐ |
| Has counsel ordered transcripts? | | YES ☐ | NO ✓ |
| Is this appeal pursuant to the 1984 Sentencing Reform Act? | | YES ☐ | NO ✓ |